IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ROBERT L. PHILLIPS, D.D.S., an individual, and<br>(2) ROBERT L. PHILLIPS, D.D.S., as TRUSTEE OF THE ROBERT L. PHILLIPS REVOCABLE TRUST,<br><br>    Plaintiffs,<br><br>v.<br><br>(1) HANOVER INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 5:14-cv-00871-R<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Robert L. Phillips, D.D.S., individually and as Trustee of The Robert L. Phillips Revocable Trust, Plaintiffs herein, and Hanover Insurance Company, Defendant herein, and pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure do stipulate to the dismissal with prejudice of the above styled and numbered cause. Each party shall bear their own costs and attorney's fees.

Respectfully submitted,

*s/ J. Kelly Work*
J. Kelly Work, OBA #9888
105 N. Hudson Ave., Ste. 304
Oklahoma City, OK 73102
Telephone: (405) 232-2790
Facsimile: (405) 232-3966
Jkwork225@gmail.com

**ATTORNEY FOR PLAINTIFFS ROBERT L. PHILLIPS, D.D.S. INDIVIDUALLY AND AS TRUSTEE OF THE ROBERT L. PHILLIPS REVOCABLE TRUST**

*s/Phil R. Richards*
Phil R. Richards, OBA #10457
Stephen G. Layman, OBA #22423
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma  74103
Telephone:  (918) 585-2394
Facsimile:  (918) 585-1449
**ATTORNEYS FOR DEFENDANT HANOVER INSURANCE COMPANY**